El Pueblo, Demandante y Apelado, *v.* Rivera, Acusado y Apelante.

El Pueblo, Demandante y Apelado, *v.* Sandoz, Acusado y Apelante.

El Pueblo, Demandante y Apelado, *v.* Rosario, Acusado y Apelante.

El Pueblo, Demandante y Apelado, *v.* Meléndez, Acusado y Apelante.

El Pueblo, Demandante y Apelado, *v.* Matos, Acusado y Apelante.

El Pueblo, Demandante y Apelado, *v.* Arieta, Acusado y Apelante.

El Pueblo, Demandante y Apelado, *v.* Colón, Acusado y Apelante.

Apelaciones procedentes de la Corte de Distrito de Humacao en causas por infracción del artículo 162 del Código Penal.

Nos. 975, 977, 978, 980, 981, 982 y 986.—Resueltos en abril 25, 1916.

Resueltos por los fundamentos de la opinión emitada en el caso No. 974, *El Pueblo v. García* (p. 730).

Abogado de los apelantes: *Sr. Arturo Aponte, Jr.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

*Revocadas las sentencias apeladas y absueltos los acusados.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.